UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

In re:
**Noe Toussaint ,**　　　　　　　　　　　　**Case No. 15-14621-AJC**
**XXX-XX-9925**　　　　　　　　　　　　　　　　　　**Chapter 13**
**Philomise Toussain**
**XXX-XX-2656**

　　**Debtor**
_____/

## MOTION TO WAIVE INCOME DEDUCTION ORDER

**COMES NOW**, NOE TOUSSAINT and PHILOMISE TOUSSAINT, the Debtors, by and through her undersigned attorney, files this Motion to Waive Income Deduction Order, and for grounds thereof states,

1. On March 13, 2015 the Debtor NOE TOUSSAINT and PHILOMISE TOUSSAINT filed for bankruptcy relief pursuant to 11 U.S.C. 1301, et seq.

2. On August12, 2015 Motion to Convert Case to Chapter 13 was granted.

3. Debtor and joint debtor fears if employer receives notification their employment may be in jeopardy.

4. Accordingly, the trustworthy and credibility of the debtors is essential to their job.

5. The Debtors understands and agrees that if they fall behind in the payments, they will agree to an Income Deduction Order being entered.

WHEREFORE, the Debtor and joint debtor requests that the Income Deduction Order be waived, and that the court grants any other further relief consistent to the set of facts.

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 19 day of November 2015:  to all parties on the service list.

Respectfully Submitted:

**SIXTO AND ASSOCIATES, P.A.**
Attorney for Debtor
900 West 49 Street #410
Hialeah, FL 33012
Tel. 305-558-0460

By:*/s/RAlejandro Sixto*_____
  Alejandro Sixto, Esq., FBN#0653756