**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE: **Noe Toussaint**
**Philomise Toussaint**

CASE NO. **15-14621-AJC**

CHAPTER **13**

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the Motion to Waive Wage Deduction and Notice of Hearing was sent via regular mail on this 19 day of November 2015 to all parties on the service list.

| | | |
|---|---|---|
| AES/ US Bank Natl Assoc<br>7201087389pa00002<br>PO Box 61047<br>Harrisburg, PA 17106 | Chase Card<br>5416-5746-4093-7463<br>PO Box 15298<br>Wilmington, DE 19850 | Florida Hostipal C/O The Law Office of M<br>9876095<br>2222 Texoma Pkwy Ste 160<br>Sherman, TX 75090 |
| America's Serviving Company<br>1205026837<br>PO BOX 10388<br>Des Moines, IA 50306-0388 | Citi Bank ( South Dakota) N.A<br>6035320039669351<br>701 East 60th Street North<br>Siouz Falls, SD 57117 | Florida Hostipal C/O The Law Office of M<br>9853956<br>2222 Texoma Pkwy Ste 160<br>Sherman, TX 75090 |
| Aspire<br>4134-8100-0020-2088<br>PO Box 105555<br>Atlanta, GA 30348 | Citi Bank ( South Dakota) N.A<br>6165<br>701 East 60th Street North<br>Siouz Falls, SD 57117 | FLORIDA UNITED RADILOGY, LC<br>2644023<br>PO BOX 19510<br>PLANTATION, FL 33318-0510 |
| At&T<br>78138249<br>PO Box 536216<br>Atlanta, Ga 30353 | Citifiancial<br>6072091427167371<br>300 ST Paul Place<br>Baltimore, MD 21202 | Gecrb/Rooms To Go<br>12400442<br>PO BOX 103104<br>Atlanta, GA 30076 |
| Aventura Hospital C/O Medicredit<br>44496448<br>PO Box 1629<br>Marland Heights, MO 63043 | East Coast Pathology<br>24700 Chagrin Blvd Ste 205<br>Cleveland, OH 44122 | Household Finance Corp III<br>233 East Bay St #720<br>Jacksonville, Fl 32202 |
| Capital One<br>5407-9150-1792-2367<br>PO Box 5253<br>Carol Stream IL, 60197 | First Premier Bank<br>5178-0077-0208-9624<br>3820 N Louise Ave<br>Sioux Falls, SD 57107 | HSBC Auto<br>50000100614401<br>6602 Convoy Court<br>San Diego, CA 92111 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:  **Noe Toussaint**                                           CASE NO.  **15-14621-AJC**
**Philomise Toussaint**
                                                                                            CHAPTER  **13**

## Certificate of Service

(Continuation Sheet #1)

---

Intl Cardio Cons
13967920
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122

North Shore Medical Center
PO Box 66044
Anaheim, CA 92816

Medical Center Radiolgy Group
905808329
2419 SPy Run Ave Ste A
Fort Wayne, IN 46805

Paragon Contracting Services, INC
501234203006
PO Box 189016
Plantation, Fl 33318-9016

Miami Dad Ambulance Service
112u18
10800 E Bethany Dr Ste 4
Aurora, CO 80014

SpringLeaf
16751159
PO BOX 64
Evansville, IN 47701-0064

Miami Dade County Code Enforcement
A2004005432L
111 NW 1st St #1750
Miami, Fl 33128

T-Mobile
8553136049
PO Box 790047
St Louis, MO 63179

Miami On Wheels
12047
490 NW 79th Street
Miami, Fl 33150

Thd/cbna
6035320223768407
Po Bix 6497
Sioux Falls, SD 57117

Neoroskeletal Imaging NSI
04161360002277531
112 E Fort King ST
Ocala, FL 34471

U S Dept Of Ed/gsl/atl
11577762
2505 S Finley Rd
Lombard, IL 60148

North Shore Emergency Physicians
50123420303006
PO Box 459077
Sunrise, Fl 33345